ATHONY ASBELL. 101536
*(full name/prisoner number)*
P.O. BOX 14
BOISE ID 83707
I.S.C.I. MEDICAL ANNEX
*(complete mailing address)*   # 15

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

ANTHONY ASBELL,
*(full name)*
Plaintiff,

v.

MR. WEST (OWNER)
A.K.A. CORIZON + CENTURION
+ 3 STAFF, AUTOM HAMON
TONYA McMILLIN, PATRICK JONES
Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is ANTHONY ASBELL 101536. I am a citizen of the State of IDAHO, presently residing at PRISON, I.D.O.C. BOISE IDAHO I.S.C.I.

PRISONER COMPLAINT - p. 1   *(Rev. 10/24/2011)*

ASBELL -V- WEST    ANTHONY ASBELL
AKA CORIZON MEDICAL    101536

# CLAIM # 1

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing CORIZON AKA. CENTURIAN (MR. WEST), who was acting as OWNER
   (defendant)    (job title, if a person; function, if an entity)

   for the CONTRACTUAL MEDICAL PROVIDER FOR I.D.O.C.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on YEAR OF 2021 + 22, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   ① THEY ARE CONTINUOUSLY FORCING ME, TO GO WITH OUT ESSENTIAL NEUROGENIC BLADDER AND BOWEL INCONTINENCE PRODUCTS / SUPPLIES.
   ② THEY ARE SUBJECTING ME TO EXTREME VIOLENT PHYCOLOGICAL DISTRESS ALONG WITH SEVERE ANXIETY AND DEPRESSION.
   ③ CAUSING ME TO LIVE IN MY OWN FECAL + URINE EXCRETIONS.
   ④ FORCING ME TO SUPPLEMENT MY DIAPERS WITH MUCH SMALLER ONES, BY BOX TAPING THEM ONTO MY PERSON, TO PREVENT LEAKAGE.
   ⑤ THEY HAVE BEEN AND CURRENTLY OPERATING OFF OF A SUB-STANDARD POLICY TO PROVIDE INCONTINENCE SUPPLIES + MEDICAL CARE.
   ⑥ I AM CURRENTLY UNDER PHYCIATRIC CARE, AND I AM BEING TORMENTED BY THIS.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 42-USC-# 12112(a) MEDICAL MALPRACTICE. VIOLATION OF MY 8TH AMENDMENT UNDER THE U.S.C. 42-1983 AND VIOLATING AMERICAN DISABILITIES ACT + 42 USCS # 12132, + 42 USCS # 12202.2
   42 USCS-## 12131 + 42 USCS # 12101

4. I allege that I suffered the following injury or damages as a result:
   SEE EXHIBITS: TA 03 + TA 01 + TA 02 - TA 30 - GRIEVANCES, HSR ATTACHED. I AM BEING PHYSIOLOGICALLY TRAUMATIZED, HAVING TO LIVE WITHOUT DIAPERS. I GET BLOODY RASHES ON GENITALS + ANAL REGION, I GET DEHYDRATED FOR NOT CONSUMING LIQUIDS, BECAUSE OF NO DIAPER, LIVING IN FECAL MATTER.

5. I seek the following relief: 1 MILLION DOLLARS, PLUS TO HAVE CORIZON/CENTURIAN PROVIDE INCONTINENCE AS PER A.D.A. AND MEDICAL CARE MANDATES. ALSO SEE MOTION FOR EMERGENCY INJUNCTION FOR POLICY CHANGE FOR CORIZON

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I HAVE AT LEAST 2 GRIEVANCES ON FILE AND ARE CLOSED WITH NO ADMINISTRATIVE REMEDY - AVAILABLE, AS I STILL LIVE IN FECAL MATTER + URINE LEAKAGE + PHYSIOLOGICAL TRAUMA

PRISONER COMPLAINT - p.2    ⊛ MOTION -    (Rev. 10/24/2011)
(2A)    EMERGENCY INJU. FOR - PRODUCT -

ASBELL v. WEST dba CORIZON / CENTURION MEDICAL

# CLAIM # 1

CONTINUATION OF PAGE 2 [C] DEFENDANTS CAUSES-ACTIONS
FACTUAL BASIS OF CLAIM.

A. SEE EXHIBITS) TA07, TA08, TA09, TA10, TA12, TA32, TA31, TA34, TA33, TA30 EXHIBIT 05 GRIEVANCE THRU EXHIBIT 9 GRIEVANCES, All CLAIMS 1-2-3-4 EXHIBITS CLAIM 1, EXHIBITS #1-3-4-10, TA97, TA98, TA99

B. THIER ARE TO MANY EXHIBITS, EXSPECIALLY THE H.S.R. ONES. HEALTH SERVICE REQUEST FORMS, THIS EXCEEDS THE FED. R.C. RULE 346 - E-Filing Rules, THESE ARE AVAILABE upon REQUEST, AND WILL LIKELY BE DISTRIBUTED DURING DISCOVERY PHASE. THEY ARE: HSR03-HSR04-HSR07-HSR08-HSR09-HSR10-HSR11-HSR12 HSR13-HSR14-HSR15-HSR19+20 HSR 21+22-HSR23+24.

C. HSR 19+20, ARE HERE FOR LIVE EXAMPLE. AND SHOW EXHAUSTING MY STATE REMEDIES, THESE HSR ALSO SHOW IDOC, AND CORIZON REFUSE TO GIVE ME MY DIAPERS, CREAMS, MEDS, MEDICATION FOR MY DISEASE, AND THEY ALSO SHOW THAT THE CONTRACTUAL POLICY AGREED UPON BY MR WEST, IS NOT ADEQUATE AND IT CAN NOT + WILL NOT BE CHANGED. RENDERING MR. WEST + his BOARD OF CO-OWNERS, HAVE INDEED SEEN THIS ISSUE COMING AND YET HAVE DECIDED TO STAND FAST, AND NOT PROVIDE MEDICAL SUPPLIES FOR MY DISEASE, AND OTHER INMATES HERE AS WELL.

D. THIS VIOLATES THE UNITED STATES CONSTITUTION, 8TH AMMENDMENT FOR FAILURE TO PROVIDE MEDICAL Supplies, Policy + DUE CARE.

⊗ SPICER - v. WILLIAMSON, 191, N.C. 487, 490, 132, S.E. 291, 293, 1926
THE PUBLIC IS REQUIRED TO TAKE CARE OF INMATE, BECAUSE HE CANNOT PROVIDE CARE FOR HIMSELF.

⊗ ESTELLE - v. GAMBLE 429, U.S. 97, 97 SCT 285, 50 LED 2d 251, 1976

8TH AMMENDMENT GAURENTEE, AGAINST Cruel + Unusually PUNISHMENT, DELIBERATE INDIFFERANCE

PRISONER COMPLAINT) PAGE - 2B - ⊗ GREGG - v. GEORGIA 428 U.S. 155 169-173 1976) TANS DELIBERATE INDIFFERANE

ANYTHING ABOUT
USC-42-1983                                                                          1-22-22

CONTINUATION, 2B1                    CLAIM #1            [PAGE 2 CAUSE]

D. ⊛ BECAUSE GREGG + GEORGIA FAILED THE DELIBERATE INDIFFERENCE TEST, CLAIM ONE IS ABOUT MR WEST AKA CORIZON, AND HIS POLICY OF THE COMPANY, CLAIMS 2-3-4- ARE TO BE AGAINST STAFF ONLY, CLAIM 1 IS FOR POLICY AS PER FED.R.CIV.P. RULES, INTITIES CAN ONLY BE SUED FOR POLICY ONLY.

E. ⊛ HOPTOWIT-V-RAY, 682, F2d, 1237, 1253, 9TH CIR, 1982 FAILURE TO PROVIDE ACCESS TO SICK CALL AND VOICE YOUR MEDICAL CONCERNS, RISES TO STANDARDS OF DELIBERATE INDIFFERENCE, AS IN PLAINTIFF CONTINOUSLY GOES TO SICK CALL AND VOICES HIS ANGER + FRUSTRATION THAT CORIZON NEEDS TO SUPPLY DIAPERS + INCONTENANCE, TO PREVENT HIM FROM DEFICATING + URINATING ON HIMSELF, AND FURNITURE, CLOTHING, PLAINTIFF

(ME) STATES HE HAS TO BOX TAPE DIAPERS TO HIS SKIN BECAUSE DIAPERS ARE WRONG SIZE, CORIZON STATES THRU MANY GRIEVANCES VERBALLY /CONCERN FORMS, THAT POLICY STATES YOU WILL GET WHAT YOU GET, AND WE WILL NOT CHANGE POLICY FOR YOU OR YOUR DISEASE RAMIFICATIONS

F. THE PLAINTIFF MEETS THE 2 PRONG TEST FOR 8TH AMENDMENT DELIBERATE INDIFFERENCE STANDARD, 1. SUFFICIENTLY SERIOUS, #1, OBJECTIVE STANDARD, #2 SUBJECTIVE STANDARD. STATING OWNER MR. WEST DELIBERATELY REFUSES TO ADJUST HIS POLICY TO ACCOMIDATE ME + MY DIAPER ISSUES, HEALTH + SAFETY

⊛ FARMER-V-BRENNAN, 114 S.CT, 1970, 1979, 128 L.ED. 2d. (1994) AS PLAINTIFF IS GETTING FECAL MATTER + URINE EVERYWHERE, I HAVE ARGUED, BEGGED THAT THEY PROVIDE ME WITH CONTENANCE SUPPLIES, BUT KEEP RUNNING OUT + ARE THE WRONG ONES.

PAGE 2B2  OR SIMPLY REFUSE TO PROVIDE,

Anthony Ascue
USC 42-1983

## CLAIM # 1    E  PAGE 2 CAUSE

CONTINUATION:

BUT THEY CONTINUE TO LIE TO ME, AVOID MEETINGS, AND ANSWER HSR AND CONCERN FORMS, STATING- WE HAVE ADDRESSED THIS ISSUE, OR PROVIDE PROOF, BUT DIDN'T.

G. THIS WHOLE SITUATION IS EFFECTING MY PHYCOLOGICAL ISSUES, THAT I ALREADY BEEN DIAGNOSED WITH, THIS IS THE DAMAGE RESULTING FROM THE TRAUMA OF NOT HAVING PROPER LEAKAGE PROTECTION, AND RASH CREAMS, IF YOU EVER HAD A CHILD, THAT WORE DIAPERS, YOU KNOW THE CHILD GETS DIAPER RASH, AND IT CAN BECOME INFECTED + BLOODIED, EMULSIFIED WITH STOOL, WHAT DO YOU DO, CLEAN THEM UP, APPLY CREAMS/POWDER AND IF POSSIBLE, LET THEM AIR OUT, (NAKED) FOR A PERIOD, THE PLAINTIFF CAN NOT DO THIS, HE IS IN PRISON, UNFORTUNENTLY THIS HAS PLAGED ME MOST OF MY LIFE, I NEED THE MEDICAL PROVIDER TO ADJUST THIER POLICIES TO, ACCOMADATE THE FILTH, PAIN + SUFFERING, BUT MOSTLY ITS EFFECTING MY MENTAL HEALTH, I HAVE TALKED TO MY CLINICIAN ABOUT THIS, HE SUGGESTED INCREASING THE DOSAGE UP WITH A SCRIPT, RX, TO REMEDY ISSUE (SEE EXHIBIT) PLAINTIFF RECEIVES MASSIVE ABUSE VERBAL + MENTAL, FROM FELLOW BUNKMATES, DO YOU KNOW HOW EMBARRASSING + HUMILIATING IT IS, TO SOIL YOURSELF, HAVING INMATES YELL + THREATEN ME, AND NOT TO MENTION MY SOCIAL STANDING, ITS ALREADY HARD ENOUGH, WITHOUT THE BARBARIC INDUCTION OF KAOS, I GO THERE DAILY TO DIAPER MY SELF, CLEAN UP-AND PREVENTION OF INFECTION, WHEN I DON'T HAVE MY INCONTINALS,    - PAGE 2B3- (CITING) 114 S. CT @ 1979

USC-42-1983

ANTHONY ISBELL
USC 42-1983

☒ 114 S.CT @ 1977                CLAIM #1         E   PAGE 2 CAUSES

G. REPEATED ACTS OF NEGLIGENCE MAY BE EVIDENCE THAT A PRISON OFFICIAL IS IGNORING A SUBSTANTIAL RISK.
☒ SEE EXHIBIT TA 97, TA 99 (HERE)

H. THE PLAINTIFF SUBMITTS MOTION FOR PRELIMINARY INJ. TO HAVE CORIZON/CENTURION PROVIDE PROPER MEDICAL SUPPLIES BY ADJUSTING THEIR COMPANY POLICIES, AND TO PREVENT ANY FURTHER MENTAL TORMENT, + ABUSE, + COMPLY WITH ADA.

I. PLAINTIFF REQUEST ENTIRE MEDICAL FILE FROM DEFENDANTS.

J. PLAINTIFF REQUEST HEAVY SANCTIONS BE APPLIED TO CORIZON/CENTURION FOR VIOLATING HUNDREDS OF INMATES, GETTING SUED, THEN FILING BANKRUPTCY IN FEDERAL BK COURT, AKA, CENTURION 10-18-2021 TAKE OVER, SAME STAFF!

K. PLAINTIFF DEMANDS MEDICAL CARE AND ILL CONTINUANCE.

L. PLAINTIFF REQUESTS, CLAIMS 2-3-4, TO HAVE THE DEFENDANTS TERMINATED FROM THEIR CURRENT EMPLOYERS, AND TO HAVE THEIR LICENSES REVOKED, FROM PREFORMING MEDICAL CARE IN THE STATE OF IDAHO, TO PREVENT ANY MORE FURTHER HARM TO PEOPLE, THRU THE A.H.A. AND A.D.A. AND IDAHO'S LICENSE + CERTIFICATION BOARD, IN BOISE, ID.

M. ALSO PLAINTIFF REQUESTS MONEY DAMAGES FROM MR. WEST, FOR FAKE MEDICAL CARE, NEGLIGENCE, + MALPRACTICE POLICY, AS HE IS THE ONE THAT SIGNED THE I.D.O.C. CONTRACTUAL AGREEMENT, KNOWING + OPERATING SUCH BUSSINESS FOR YEARS, KNOWING THAT PEOPLE ARE BEING ABUSED EVEN DYING OR DEATH,        PAGE 2 B 4

ANDY ASCIU
U.S.C. 42-1983
-V-
MR. WEST AKA
CORIZON-CENTURION

1-22-22

# CLAIM #1

C page 2 CAUSES

CONTINUATION: [C] DEFENDANTS ACTIONS

N. PLAINTIFF (ME) ALSO CLAIMS THAT, I SUFFER FROM SEVERE INCONTINANCE ISSUES, BOTH URINARY + FECALLY - I HAVE HAD THIS MEDICAL CONDITION SINCE 2005 - 6 YEARS BEFORE I CAME TO PRISON. I ENTERED I.D.O.C WEARING ADULT BRIEFS (DIAPERS) AND WAS MEDICALLY NOTED, AND DOCUMENTED.

✱ FOR YEARS I HAVE BEEN VERY PATIENT WITH MEDICAL AND TRYING TO WORK WITH THEM, WHILE I CONTINUOUSLY LEAK FECAL MATER.

O. IN FEBUARY OF 2021 IS WHEN THINGS GOT BAD WITH MEDICAL NOT SUPPLING MY DIAPERS + INCONTINENCE SUPPLIES, ON MANY MANY OCCASIONS, I HAVE REACHED OUT + BEGGED FOR HELP! CLOSE TO 100 TIMES ON CONCERN FORMS, SEE PARTIAL EXHIBITS -HERE-
ALSO TURNED IN MANY GRIEVANCES + HSR.
EVEN HAD PERSON TO PERSON MEETINGS WITH THE H.S.A. + D.O.N. MANAGMENT DOCTORS TEAM. I EVEN HAD MEET WITH I.D.O.C ADMINISTRATION STAFF, AND PHYSCIATRIC COUNSELER CLINICANS.

P. I HAVE ASKED MANY TIMES FOR PROPER + ADEQUATE SUPPLIES
Q. I HAVE ASKED FOR HIGHER EXORBANCY ADULT BRIEFS/ DIAPERS TO MATCH MY MEDICAL NEEDS. BUT DENIED.
R. I HAVE ASKED FOR DIAPERS THAT FIT, AND POWDERS/CREAMS.
S. I HAVE ASKED FOR CLOTHING TO WEAR WITH INCONTINENCE PROJECT.
T. NO MATTER WHAT I PUT DOWN AS A REQUEST, I EITHER DON'T GET AN ANSWER, OR I GET BLATENTLY LIED TO BY STAFF.
U. I HAVE REACHED OUT TO STAFF AT I.D.O.C., CENTURION, CORIZON, TONYA McMILLAN HSA, PATRICK JONES HSA, JONEY LEMONS, R.N., ACTOM HAMMON D.O.N., RONNA SIEGERT, SITE WARDEN, SEARGENTS,

- PAGE 2B5 - ON PAPER + IN PERSON

USC-42-1983

Anthony Pizzuti
USC-42-1983
Mr. West-Corizon
1-2022

# CLAIM 1

C. DEFENDANTS ACTIONS: PAGE 2, Claim #1

U. CONTINUATION: AND ALL'S I HERE IS, THIS HAS BEEN REMEDIED OR, WE ARE WORKING ON IT, OR THIS HAS BEEN ADDRESSED. AND ALSO IT WONT BE A CONTINUOS PROBLEM, EVEN THOUGH AFTER A YEAR, IT IS STILL A PROBLEM, AND I STILL CONTINUE TO NOT RECIEVE MY INCONTENENCE.

V. I HAVE EVEN HAD TO TALK TO MENTAL HEALTH ABOUT IT, BECAUSE I AM HAVING SEVERE ANXIETY AND DEPRESSION, WORRYING ABOUT IF I AM GOING TO HAVE DIAPERS TO WEAR, AND IF I AM GOING TO BE ABLE TO CLEAN MYSELF, AND THEN I START WORRYING WHAT IF THEY RETALIATE AGAINST ME FOR ASKING FOR HELP. I JUST DONT KNOW WHAT TO DO!, NOBODY WILL HELP ME, OR ADDRESS CORIZONS-CENTURION'S POLICIES OR ADMINISTRATION SUPPORT ABOUT THE ISSUE, WILL SOMEONE PLEASE HELP. ✳ PATRICK/CORIZON PROMISED HE WOULD SEE ME, AND NEVER DID!

W. THE ONE THING THAT REALLY SURPRISED ME, IS AFTER MEDICAL LIED ABOUT HAVING DIAPERS ORDERED FOR ME, IS THAT "MRS. DAVENPORT" WARDENS IMEDIATE SECRETARY, I.S.C.I./I.D.O.C. OFFERED AND PURCHASED WITH THE PRISONS PRIVATE PETTY CASH FUND - P.O. SYSTEM, THE CORRECT ADULT BRIEFS THAT I WAS PERSCRIBED, FROM WALMART, THIS WAS ON 1-25-2022. THESE DIAPERS, SPECIAL FIT ARE AVAILABLE EVERYWHERE.

X. MRS. DAVENPORT EXPRESSED THIS WAS ONLY A 1 TIME THING, FOR A SHORT PERIOD, AND THAT I.D.O.C. CAN NOT SPEND MONIES UP + BEYOND THE CONTRACT + POLICIES ALREADY SET WITH MEDICAL CENTURION, AND ALSO THAT WE (IDOC) SHOULD NOT HAVE TO PROVIDE MY BRIEF/DIAPERS. - END - THANK YOU I.D.O.C. STAFF!

U.S.C. 42-1983 Claim   PAGE 2B6

ANTHONY ASBELL
101536

# CLAIM #2

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION — MEDICAL NEGLECT

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Autumn Hamman**, who was acting as **D.O.N.**
   (defendant) (job title, if a person; function, if an entity)

   for the **CORIZON AKA CENTURION**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **THE YEARS 2021-22**, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Forcing me to go without incontinence supplies, Diapers/Briefs off and on for over a year, no matter how many times I reached out and begged for help. Refused to provide proper/higher absorbing Adult Briefs, causing me to run out of adult Diapers/Briefs and requiring to use much smaller ones taped on to my body. Refusing to follow I.D.O.C. S.O.P. for medical knowingly causing me extreme mental anguish, anxiety issues. PLEASE SEE PAGE 2D + PAGE 5 GRIEVANCE - EXHIBITS 31 + 32. THEY KNOW I AM DISABLED WITH A BLADDER DISEASE.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **MEDICAL MALPRACTICE + NEGLECT**;
   ① DEFENDANT VIOLATED THE 8TH AMENDMENT, KNOWING OF A MEDICAL ISSUE AND WITH DELIBERATE INDIFFERENCE EQUIPPED IT. ② ALSO VIOLATED PLAINTIFF USC 42-12102(II)-1983, AMERICAN DISABILITIES ACT. ③ PLAINTIFF HAD EXISTING MENTAL CONDITION - HUDSON-V-MC MILLIAN-503-U.S. 1+8 (1992). SIMMONS-V-NAVAJO-AZ, 609-F.3d, 1011, 1022 - 9TH (2010)

4. I allege that I suffered the following injury or damages as a result:
   ★ HAVING TO CONTACT I.D.O.C. TO BUY THESE SUPPLIES, USING MONIES OUT OF THEIR OWN BUDGET. ★ BLOODY RASHES ON MY BOTTOM + LEGS. ★ CORIZON/CENTURION, WITH DELIBERATE INDIFFERENCE AND WANTON INFLICTION OF PAIN, FORCING ME TO LIVE IN MY OWN FECAL MATTER AND URINATING EVERYWHERE. HENCE, ELEVATING MY PHYSIOLOGICAL CONDITION WITH TRAUMA AND TORMENT.

5. I seek the following relief: **250K PLUS ENFORCEMENT OF THE EMERGENCY INJUNCTION, AND TO PROVIDE INCONTINENCE PRODUCTS FOR MY DISEASE.**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. **FILED 50 C/F, AND SEVERAL GRIEVANCES WITH NO REMEDY**

PRISONER COMPLAINT - p. 2 C                                        (Rev. 10/24/2011)

SEE EXHIBITS) TA01-TA03-TA06-TA10-TA13

ANTHONY ASBELL
101536

# CLAIM #3
## MEDICAL NEGLECT

### C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Tonya McMilian** (defendant), who was acting as **D.O.N. + H.S.A** (job title, if a person; function, if an entity)

   for the **CORIZON AKA CENTURION**
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **THE YEARS 2021-22** (dates), Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted, if known)*:
   Allowing and knowingly causing, making me go without incontinence supplies/diapers/briefs for extended periods of time. Not providing proper, correct or appropriate adult diapers, briefs, supplies to function safely and sanitarily in a prison setting. Refusing to follow S.O.P. in place by I.D.O.C. Refusing to look into better options for supplies. Knowingly causing me extreme mental anguish, anxiety and multiple other issues. They know I am DISABLED with A BLADDER DISEASE. PLEASE SEE EXHIBITS 2D + PAGE 5 + EXHIBITS 31 + 32

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: MEDICAL MALPRACTICE + NEGLECT.
   (1) DEFENDANT VIOLATED THE 8TH AMENDMENT KNOWING OF A MEDICAL ISSUE AND WITH DELIBERATE INDIFFERENCE IGNORED IT. (2) ALSO VIOLATED PLAINTIFF U.S.C. 42-12102(II)-1983 AMERICAN DISABILITIES ACT.
   (3) PLAINTIFF HAS EXISTING MENTAL CONDITIONS HUDSON-V-McMILLIAN, 503-U.S. 1, 8, (1992)
   & SIMMONS-V-NAVAJO-AZ, 609, F3d, 1011, 1022, 9TH (2010)

4. I allege that I suffered the following injury or damages as a result:
   ✻ HAVING TO CONTACT I.D.O.C. TO BUY THESE SUPPLIES OUT OF THEIR OWN BUDGET AND SPENDING THEIR OWN MONIES. ✻ BLOODY RASHES ON MY BOTTOM + LEGS. ✻ CORIZON/CENTURION WITH DELIBERATE INDIFFERENCE AND WANTON INFLICTION OF PAIN FORCING ME TO LIVE IN MY OWN FECAL MATTER AND URINATING EVERYWHERE! HENCE, ELEVATING MY PHYSIOLOGICAL CONDITION WITH TRAUMA + TORMENT.

5. I seek the following relief: **$250K PLUS ENFORCE THE EMERGENCY INJUNCTION AND PROVIDE ALL INCONTINENCE PRODUCTS FOR MY DISEASE**

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. FILED 50 C/F AND SEVERAL GRIEVANCES WITH NO REMEDY

PRISONER COMPLAINT - p. 2 C                        (Rev. 10/24/2011)

SEE EXHIBITS TA02-TA04-11-TA14-

ANTHONY ASBELL
101536

Claim # 4

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION — MEDICAL NEGLECT

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Patrick Jones**, who was acting as **H.S.A**
   (defendant) (job title, if a person; function, if an entity)

   for the **CORIZON AKA CENTURION**.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **THE YEARS 2021-22**, Defendant did
   (dates)
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Allowing and Knowingly causing and making me go without incontinence supplies/Diapers for extended periods of time. Not providing proper, correct or appropriate Adult Diapers and supplies to function safely and sanitarily in a prison setting. They Know I am Disabled with a Bladder Disease + Blatently ignoring S.O.P. for I.D.O.C. Knowingly causing me extreme mental anguish, anxiety issues. Please see page 2D + page 5 + exhibits 31 + 32.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: MEDICAL MALPRACTICE + NEGLECT:
   ① Defendant violated the 8TH Amendment, Knowing of a medical issue, and with Deliberate Indifference ignored it ② Also violated Plaintiff USC.-1202(II)-1983, American Disabilities Act. ③ Plaintiff has existing mental condition: Hudson-v-McMillian 563 US 1,8 (1992) Simmons-v-Navajo, AZ, 609 F3d. 1011, 1022, 9TH (2010)

4. I allege that I suffered the following injury or damages as a result: ✱ Having to contact the prison to buy these supplies using monies out of their own Budget. ✱ Bloody rashes on my bottom + legs. ✱ Corizon/Centurion, with Deliberate indifference and wanton infliction of pain, forcing me to live in my own fecal matter, and urinating everywhere, hence elevating my physcological condition with trauma + tourment.

5. I seek the following relief: **250K plus enforce emergency injunction, and to provide incontinence products for my disease.**

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ⊕ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Filed 50 9G, and several grievances with no remedy

PRISONER COMPLAINT - p. 2_C (Rev. 10/24/2011)

SEE EXHIBIT TA15 - TA30 - HSR 01 - HSR 02 -

Case 1:22-cv-00045-REP   Document 3   Filed 02/01/22   Page 12 of 17

*ASBELL-V-CORIZON* ☑ CONTINUATION PAGE 2D

## MEDICAL SUPPLY LOG AND THE FAILURE TO PROVIDE NEEDED MEDICAL SUPPLIES

CLAIM #2-3+4

COPY

### ANTHONY ASBELL # 101536

**2/5/2021** CONCERNED: Jen Brewer, D.O.N. about not getting my needed and necessary incontinent medical supplies and being asked and coerced by medical personnel into having a cather put in me because of no supplies.

**4/9/2021** CONCERNED: Tonya McMilan, D.O.N. about getting needed and proper adult size diapers.

**5/28/2021** CONCERNED SEPARATELY: (1) Tonya McMilan, D.O.N. (2) Warden Al Ramirez, ISCI, (3) Autumn Hammon, D.O..N. (4) Medical Supply Ordering about not receiving my diapers for weeks at a time. I told them I was tried of being given diapers in sizes way too small and having to use "Box/Packing" tape to tape them to my body in order to keep them on.

**6/11/2021** CONCERNED SEPARATELY: (1) N.P. Summer Eldridge, (2) Cicely B. Supplies about getting a better quality of adult diaper for active adults.

**6/14/2021** CONCERNED: Tonya McMilan, D.O.N. about being able to review and inspect my medical records and files.

**7/3/2021** CONCERNED: Rona Siegert, IDOC Health Care Director about issues with getting needed and necessary incontinent supplies and about everyone I have been trying to contact.

**7/9/2021** CONCERNED SEPARATELY: (1) Rona Siegert, (2) Tonya McMilan, D.O.N., (3) Autumn Hammon, D.O.N. and let eack know that once again I haven't been able to nor can I get needed and necessary adult incontinent medical supplies.

**7/10/2021** CONCERNED: Dr. Hutchinson, Mental Health Doctor where I expressed to her my concerns and the issues I am having with getting my needed and necessary medical supplies and how it is affecting my mental well-being and physical health. It seems that money is the issue and I am being ignored and denied medical care and attention.

PAGE... 1 OF 4

CAUSE OF ACTION PAGE 2D claim

PLEASE SEE ATTACHED: CONCERN FORM EXHIBITS INDEX. HSR + GENERAL EXHIBIT INDEX.

2D

**7/11/2021** **CONCERNED SEPARATELY:** (1) Sergeant David Gould, Medical Sergeant, (2) Tonya McMilan, D.O.N. where once again, I stated I am still having issue in getting my needed and necessary adult incontinent medical supplies. (3) Grievance Coordinator of ISCI; filed Grievance # II 20000586 on issues about not getting needed and necessary adult incontinent medical supplies and received the Response stating, "this issue was resolved and will no longer be an issuse."

**7/12/2021** **CONCERNED:** SOP Management about policy regarding being supplied needed and necessary medical supplies i.e. in my case, needed adult incontinent medical supplies, SOP 401.06.03.059, "Aids to Impairment."

**7/13/2021** **CONCERNED SEPARATELY:** (1) Toyna McMilan, D.O.N., (2) Autrumn Hammon, D.O.N., (3) Warden Al Ramirez, ISCI, (4) Rona Siegert (5) Sgt. Gould: I explained to each I am STILL having issues with getting and receiving my needed and necessary adult incontinent medical supplies.

**7/14/2021** **CONCERNED SEPARATELY:** (Grievance Coordinator-filing my Grievance Appeal and receiving the same Response, "issue has been resolved." My question is if it has WHY do I keep asking for needed supplies? (2) Corizon Facility Health Authority where I explained to them that they and their colleagues were violating SOP 401.06.03.059 with impunity. Their response. . ."This has been resolved."

**7/16/2021** **CONCERNED:** Autumn Hammon, D.O.N. sending her information on better, more adequate adult diapers along with their benefits and costs.

**7/17/2021** **CONCERNED:** Autumn Hammon, D.O.N. explaining what my liquid intake was per day and how careful I have to be.

**8/8/2021** **CONCERNED SEPARATELY:** (1) Tonya McMilan, D.O.N., (2) Autum Hammon, D.O.N. Once again explaining to them that I AM NOT getting my needed and necessary adult incontinent medical supplies.

Page. . . 2 of 4

2D

**8/25/2021**   **CONCERNED SEPARATELY:** (1) Tonya McMilan, D.O..N., (2) Autumn Hammon, D.O.N., (3) J. Lemons,R.N. # 1448 where again I both explained and complained to each I am STILL having issues with getting and receiving ALL of my adult incontinent medical supplies.

**9/2/2021**   **CONCERNED:** J.Lemons, R.N. # 1448 where I explained everything and all of the issues I have had and continue to have including being forced to wear extremely small diapers that never fit. I asked why medical just didn't go to the store in town and purchase my needed and necessary adult incontinent medical supplies.

**9/17/2021**   **CONCERNED SEPARATELY:** (1) Tonya McMilan, D.O.N., (2) Autumn Hammon, D.O.N. Asking each why instead of forcing me to go without needed and necessary incontinent medical supplies, they or someone from medical could go to the store in town and purchase these supplies.

**9/28/2021**   **CONCERNED:** Tonya McMilan, D.O.N. asking her to view the medical supply log sheets they make me sign twice a week everytime I get the needed and necessary incontinent medical supplies.

**10/9/2021**   **CONCERNED SEPARATELY:**  (1) Patrick Jones, H.S.A., (2) Autumn Hammon, D.O.N. where I explained to them EXACTLY what is still going on and asked each of them why I STILL have serious issues and problems in getting and receiving my needed and necessary adult incntinent medical supplies.

**10/18/2021**   **CONCERNED SEPARETELY:** (1) J.Lemons, R.N. # 1448, (2) Patrick Jones, H.S.A. (3) Autumn Hammon, D.O.N. placing each of them "on notice" while letting each of them know ONCE AGAIN I am having serious issues in getting and receiving my needed and necessary adult incontinent medical supplies. I explained this is a severe ongoing issue and wanted to know why it hasn't been fixed.

**10/19/2021**   **CONCENRED:** Warden Davis, ISCI explaining to him what I have been dealing with over the past few months with medical and how I have and am having a very hard time getting needed and necessary adult incontinent medical supplies. That I am being denied adequate medical care and attention.

PAGE. . . 3 of 4

2D

**10/25/2021** **CONCERNED SEPARATELY:** (1) Partick Jones, H.S.A., (2) Autumn Hammon, D.O.N. where I explained to each of them the ongoing problem and situation I have and continue to have and it NOT BEING FIXED as they claim. Once again, I asked each of them why they could not look into alternative options to get my adult diapers.

**12/7/2021** **CONCERNED SEPARATELY:** (1) Warden Davis, ISCI, (2) Patrick Jones, H.S.A., (3) Autumn Hammon, D.O.N., (4) Sgt. Gould, (5) J.Lemons, R.N. # 1448 (6) Rona Siegert: I explained to each I STILL am having serious issues in getting and receiving my needed and necessary adult incontinent medical supplies and asked each WHY and HOW this is being allowed to happen. Each of these people have known about this for months and have refused to remedy the problem. I suggest its all about money.

**12/7/2021** **ACTION TAKEN---FILLED OUT:** (1) Medical malpractice prelitigation application (2) Formal Complaint with the Idaho Board of Medicine (3) Tort Claim on Medical (4) New Grievance. . . same unresolved issues (5) A.C.L.U. application for assistance on a medical lawsuit.

WITNESS: [signature]
1-25-2022

PAGE. . . 4 of 4


Anthony Asbell
101536

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|

NONE

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒   do not ◯   request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I DO NOT HAVE ANY KNOWLEDGE OF LAW I CANT COMPETE WITH SEASONED VETERAN ATTORNIES, AS I WILL BE HANDICAPP AND THATS NOT FAIR.

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ (date); OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on  1-25-22  (date); OR (specify other method) E-FILE, BOISE IDAHO U.S.D.C.

Executed at  I.D.O.C./I.S.C.I.,  on  1-25-22 .
(Location) BOISE,       (Date)

Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 3_                                                      (Rev. 10/24/2011)

Anthony Ascolese
cv.
Corizon - Mr. West

1-22-22

Plaintiff Page Count as per
Fed. R. Civ. Procedures

A - Prisoner Complaint, 16 pages -
B - Prisoner Application for
   IFP + Associated Forms, 19 pages -

C. Motion for Preliminary Inj, 3 pages -
D. Consent to Magistrate Judge, 1 page -
E. Exhausting State Remedies as per
   P.L.R.A, + Rule 348 Submissions, Exhibits
   of Grievances, Concern Forms, HSR, ect.
                30 pages. -

I Certify Page Count

Application for USC 42-1983) - Page 5-A
                                    END